

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Hess | Civil Action No. 14-cv-2271-CAB-JMA |
| Plaintiff, | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to enforce the settlement agreement is Granted. The case is Dismissed. The Clerk of the Court shall Close the case. It Is So Ordered.

Date:  12/4/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 14-cv-2271-CAB-JMA

Dave Hanneman, individually and as Fire Chief for the City of Chula Vista; Jim Sandoval, individually and as City Manager for the City of Chula Vista; Irene Mosley, individually and as Assistant Human Resouces Director for the City of Chula Vista; Chula Vista, City of, a municipality; Chula Vista Fire Department an operating department; Does 1 Through 10.